**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 11-cv-01558-REB-KLM**         **FTR** - Reporter Deck - Courtroom C-204
                                                 Byron G. Rogers United States
                                                 Courthouse
**Date: January 17, 2012**                       Courtroom Deputy, Monique Wiles

---

WILLIAM G. MANNS                                 Eric L. Steiner
                                                 John J. Astuno, Jr.

    **Plaintiff(s),**

v.

STERLING BLAKE WALKER                            Craig A. Sargent

    **Defendant(s).**

---

**COURTROOM   MINUTES / MINUTE   ORDER**

**HEARING:  TELEPHONIC   DISCOVERY   HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Telephonic appearance of counsel.

This matter is before the Court regarding **Defendant's Motion and Brief for Leave to Conduct Ex Parte Interviews of Thomas F. Dwyer, M.D., Rhonda L. Parker, D.O., and Peter Gollogly, P.T. [Doc. No. 39, filed 1/4/2012]** (the **"Motion"**).

The Court makes a record of the documents it has received and reviewed for purposes of today's hearing.

Counsel provide the background and basis of the discovery dispute.  For the reasons stated on the record,

**It is ORDERED:**          The **"Motion"** is **GRANTED.**  Defense counsel shall be permitted to conduct Ex Parte Interviews of Thomas F. Dwyer, M.D., Rhonda L. Parker, D.O., and Peter Gollogly, P.T.  "Ex parte" means that the interviews may be conducted without the presence of Mr. Manns or his attorneys.

HEARING CONCLUDED.

**Court in recess:   1:56 p.m.**
Total In-Court Time:    25 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.