**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01558-REB-KLM

WILLIAM G. MANNS,

    Plaintiff,

v.

STERLING BLAKE WALKER, M.D.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Sterling Blake Walker, M.D.** *With Prejudice* [#43][1] filed February 28, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Sterling Blake Walker, M.D.** *With Prejudice* [#43] filed February 28, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for August 24, 2012, is **VACATED**;

3. That the jury trial set to commence September 17, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 28, 2012, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge